**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

DEQUAN LI,

                                 Plaintiff,        Case No. 20-cv-06296

                v.                                     **NOTICE OF JOINT MOTION**
                                                             **FOR APPROVAL OF**
NY CAPRI NAILS & SPA INC                      **<u>SETTLEMENT</u>**
    d/b/a Capri Nails & Spa;
SUNGJUN AN
    a/k/a Sung Jun An
    a/k/a Eric An, and
HEEKYOUNG AN
    a/k/a Heek Young An,

                                  Defendants.

-----------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of Aaron B. Schweitzer sworn to on December 10, 2024, and all exhibits attached thereto, and upon the annexed memorandum of law, and upon all other papers prior-filed with this Court, the undersigned shall jointly move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable Kiyo A. Matsumoto, United States District Judge, for an Order approving the settlement of this matter between the parties as fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Dated:  Flushing, NY
           December 10, 2024

                                                                                 TROY LAW, PLLC

                                                                             */s/ Aaron B. Schweitzer*
                                                                             Aaron B. Schweitzer
                                                                             41-25 Kissena Boulevard
                                                                             Suite 110
                                                                             Flushing, NY 11355
                                                                              Tel: (718) 762-1324

        troylaw@troypllc.com
        *Attorneys for Plaintiff*

        THE LAW OFFICES OF DIANE H. LEE

        */s/ Diane H. Lee*
        Diane H. Lee
        11 E 44th Street
        Suite 1001
        New York, NY 10017
        Tel: (201) 363-0101
        dlee@dhllaw.com
        *Attorneys for Defendants*

cc: via ECF
    all counsel of record
    /asb